IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE

## CHRISTOPHER KEYLN DEARING  v. HOWARD CARLTON, WARDEN

**Criminal Court for Johnson County**
**No. 5037**

---

**No. E2007-01191-CCA-R3-HC - Filed February 1, 2008**

---

**ORDER**

The opinion previously filed in this matter on January 8, 2008, is hereby VACATED and the opinion filed contemporaneous with this order is substituted in lieu thereof.

IT IS SO ORDERED

**PER CURIAM**